**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LAURITA PULLMAN, Individually, as a Wrongful Death Beneficiary, and as Personal Representative of the Estate of JOHN STEELE, III, Her Deceased Son** | : : : : |
| **929 Almshouse Road** | |
| **Camden Wyoming, DE 19934** | : |
| **And** | : |
| **ALEXANDRA STEELE, Individually, as a Wrongful Death Beneficiary of JOHN STEELE, III, Her Deceased Father** | : : |
| **1286 Lake Forest Drive** | : |
| **Davidsonville. MD 21035** | : |
| **and** | : |
| **TRICIA STEELE, Individually, as a Wrongful Death Beneficiary of JOHN STEELE, III, Her Deceased Husband, and as Parent and Next Friend of J.S., Minor Child and Wrongful Death Beneficiary of JOHN STEELE Ill, Her Deceased Father** | : : : |
| **1286 Lake Forest Drive** | |
| **Davidson, MD 21035** | : |

**Plaintiffs,**

**v.**
**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**

**300 7th Street, SW**
**Washington, DC 20001**

**Defendant.**

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")**

1

To the Judges of the United States District Court for the District of Maryland:

1.  On or about April 28, 2022, Plaintiff filed this action against WMATA, in the Circuit Court of Maryland for Prince George's County, in the case titled <u>Pullman v. WMATA,</u> No. CAL21-14640.

2.  Defendant WMATA was formally served in this action on May 11, 2022.

3.  The Complaint, summons and scheduling order are attached as Exhibit A.   These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4.  This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

5.  WMATA is the only defendant in this case.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Circuit Court of Maryland for Prince George's County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


 _/s/ Brendan H. Chandonnet___
Brendan H. Chandonnet #18087
Senior Counsel
WMATA-COUN
300 7th Street, SW
Washington, D.C. 20024
(202) 962-2805
e-mail:  bchandonnet@wmata.com

_/s/ Nicholas L. Phucas, Esq.____
Nicholas L. Phucas, Esq #25678
Senior Counsel
WMATA-COUN
300 7th Street, SW
Washington, D.C. 20024
(202) 962-2805
e-mail:   nlphucas@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and

mailed, postage prepaid, this 31st day of May on:

Salvatore J. Zambri, Esq. 9306230390
szambri@reganfirm.com

and

Emily C. Lagan, Esq. 1906190053
elagan@reganfirm.com

1919 M Street, NW, Suite 350
Washington, DC 20036

/s/ Brendan H. Chandonnet
Brendan H. Chandonnet

4